**94–1166.** State ex rel. Delaware Cty. Amphitheater Action Commt. v. Ohio Dept. of Liquor Control. *Franklin County*, No. 94APD03452. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellants' application to dismiss,

IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective June 22, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.